UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER RUDOLPH, :
        Petitioner, :
 :
    v. : No. 2:15-cv-01293
 :
NANCY GIROUX and THE :
PENNSYLVANIA ATTORNEY GENERAL, :
        Respondents. :

# O R D E R

**AND NOW**, this 16th day of March, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Rudolph's objections, ECF Nos. 21, 23, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 16, is **ADOPTED in part** as stated in the Opinion;

3. The petition for writ of habeas corpus is **DENIED**;

4. Rudolph's motions for the appointment of counsel, for an evidentiary hearing, and for a stay and abey are **DENIED**;

5. This case is **CLOSED**; and

6. There is no basis for the issuance of a certificate of appealability.

                BY THE COURT:

                */s/ Joseph F. Leeson, Jr.*
                JOSEPH F. LEESON, JR.
                United States District Judge